# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT LACHNER, PETER FLOWERS, and ADRIAN ERIKSEN, | 3:06-CV-0085-BES (RAM) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | October 5, 2006 |
| CHARTER COMMUNICATIONS, INC., a Delaware corporation, CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company, | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have submitted a Stipulation for Extension of Time to File Pleading Responsive to Plaintiffs' First Amended Complaint (Doc. #39).

The parties request an open-ended extension while they conduct settlement negotiations. Such an extension will not be granted by the court.

The Defendant has to and including thirty (30) days from the date of this Order in which to file a responsive pleading to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/      
Deputy Clerk